PHILLIP A. TALBERT
Acting United States Attorney
STEVEN S. TENNYSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-po-00607-DB |
| | ) |
| Plaintiff, | ) ORDER GRANTING UNITED STATES'S |
| | ) MOTION TO RESET COLLATERAL AND |
| v. | ) VACATE TRIAL DATE |
| | ) |
| MARK J. MILLER, | ) DATE: August 5, 2021 |
| | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. DEBORAH BARNES |
| Defendant. | ) |
| | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED. Defendant Mark J. Miller shall be permitted to forfeit collateral in case number 2:20-po-00607 DB in the amount of $150.00, payable immediately to the Clerk of the Court. The trial date previously scheduled for August 5, 2020 is vacated.

IT IS SO ORDERED.

Dated:  July 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER                                              1